IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

EMMETT BRAGER,                              )
TDCJ #311725,                              )
       Petitioner,                      )
                                            )
v.                                          )          Civil No. 7:12-CV-162-O-BL
                                            )
RICK THALER, Director,                     )
Texas Department of Criminal Justice,      )
Correctional Institutions Division,        )
       Respondent.                      )

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the

Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections

to the Report and Recommendation, I am of the opinion that the reasons for denial set forth in the

Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and

incorporated by reference as the Findings of the Court.[1]

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 6th day of November, 2012.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] In his objections, Petitioner argues that the Magistrate Judge did not consider all of his nine grounds for habeas relief. Upon *de novo* review of all grounds for relief set forth, the Court finds that the Recommendation of the Magistrate Judge is correct. Petitioner had no constitutionally protected liberty interest at stake in the disciplinary action. Therefore, he was not entitled to protections of the Due Process Clause in that proceeding.